1  MARK W. ROBERTSON (S.B. #200220)
   mrobertson@omm.com
2  O'MELVENY & MYERS LLP
   7 Times Square
3  New York, NY 10036
   Telephone: (212) 326-2000
4  Facsimile: (212) 326-2061

5  RYAN W. RUTLEDGE (S.B. #222642)
   rrutledge@omm.com
6  O'MELVENY & MYERS LLP
   610 Newport Center Drive, 17th Floor
7  Newport Beach, CA 92660
   Telephone: (949) 823-6900
8  Facsimile: (949) 823-6994

9  Attorneys for Defendant Spirit Airlines, Inc.

10

11 TODD M. FRIEDMAN (SBN 216752)
   tfriedman@toddflaw.com
12 ADRIAN R. BACON (SBN 280332)
   abacon@toddflaw.com
13 MEGHAN E. GEORGE (SBN 274525)
   mgeorge@toddflaw.com
14 TOM E. WHEELER (SBN 308789)
   twheeler@toddflaw.com
15 LAW OFFICES OF TODD M. FRIEDMAN, P.C.
   21550 Oxnard Street, Suite 780
16 Woodland Hills, CA 91367
   Telephone: (877) 206-4741
17 Facsimile: (866) 633-0228

18 Attorneys for Plaintiff, Nikki Giavasis and all others similarly situated

19
                    **UNITED STATES DISTRICT COURT**
20                  **CENTRAL DISTRICT OF CALIFORNIA**

21

| | |
|---|---|
| 22  NIKKI GIAVASIS, individually, and on behalf of all others similarly situated, | Case No. 2:18-cv-00864-CAS-RAO |
| 23                Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| 24        v. | **[FED. R. CIV. P. 41(a)(1)(A)(ii)]** |
| 25  SPIRIT AIRLINES, INC., and DOES 1 – 10, inclusive, | |
| 26                Defendant. | |

27

28

1 | WHEREAS, Plaintiff has agreed to dismiss with prejudice all claims in this action; and,

WHEREAS, no class was certified in this matter,

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and among the parties through their respective counsel of record, that the above-captioned action, including all claims asserted by Plaintiff against Defendant, be and hereby is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

IT IS SO STIPULATED.

Dated: April 13, 2018

MARK W. ROBERTSON
RYAN W. RUTLEDGE

By: */s/ Mark W. Robertson*
Mark W. Robertson
Attorneys for Defendant
Spirit Airlines, Inc.

Dated: April 13, 2018

TODD M. FRIEDMAN
ADRIAN R. BACON
MEGHAN E. GEORGE
TOM E. WHEELER

By: */s/ Todd M. Friedman*
Todd M. Friedman
Attorneys for Plaintiff
Nikki Giavasis

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Mark W. Robertson, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

*/s/ Mark W. Robertson*
Mark W. Robertson