1  MARK W. ROBERTSON (S.B. #200220)       JS-6
   mrobertson@omm.com
2  O'MELVENY & MYERS LLP
   7 Times Square
3  New York, NY 10036
   Telephone: (212) 326-2000
4  Facsimile: (212) 326-2061

5  RYAN W. RUTLEDGE (S.B. #222642)
   rrutledge@omm.com
6  O'MELVENY & MYERS LLP
   610 Newport Center Drive, 17th Floor
7  Newport Beach, CA 92660
   Telephone: (949) 823-6900
8  Facsimile: (949) 823-6994

9  Attorneys for Defendant Spirit Airlines, Inc.

10

11 TODD M. FRIEDMAN (SBN 216752)
   tfriedman@toddflaw.com
   ADRIAN R. BACON (SBN 280332)
12 abacon@toddflaw.com
   MEGHAN E. GEORGE (SBN 274525)
13 mgeorge@toddflaw.com
   TOM E. WHEELER (SBN 308789)
14 twheeler@toddflaw.com
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
15 21550 Oxnard Street, Suite 780
   Woodland Hills, CA 91367
16 Telephone: (877) 206-4741
   Facsimile: (866) 633-0228
17
   Attorneys for Plaintiff, Nikki Giavasis and all
18 others similarly situated

19
                    **UNITED STATES DISTRICT COURT**
20                  **CENTRAL DISTRICT OF CALIFORNIA**

21

| | |
|---|---|
| NIKKI GIAVASIS, individually, and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>    v.<br><br>SPIRIT AIRLINES, INC., and DOES 1 – 10, inclusive,<br><br>         Defendant. | Case No. 2:18-cv-00864-RGK-RAO<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [FED. R. CIV. P. 41(a)(1)(A)(ii)]** |

                                        [PROPOSED] ORDER GRANTING
                                        JOINT STIPULATION OF
                                        DISMISSAL WITH PREJUDICE
                                        CASE NO. 2:18-CV-00864-CAS-RAO

1      This Matter came before the Court on Plaintiff Nikki Giavasis and Defendant
2  Spirit Airlines, Inc.'s Joint Stipulation of Dismissal with Prejudice pursuant to Rule
3  41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Pursuant to the parties' joint
4  stipulation, it is hereby ORDERED that the above-captioned action, including all
5  claims asserted by Plaintiff, on behalf of herself and all others similarly situated,
6  against Defendant, be and hereby is DISMISSED WITH PREJUDICE.
7      IT IS SO ORDERED.
8
9      DATED this <u>17th</u> day of <u>April</u>, 2018.
10
11                               _____
12                               The Honorable R. Gary Klausner
                                 United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING
JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE
CASE NO. 2:18-CV-00864-CAS-RAO